**Michael SISSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61763.**

Missouri Court of Appeals,
Western District.

July 31, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 2003.

Application for Transfer Denied
Nov. 25, 2003.

Andrew A. Schroeder, Kansas City, for Appellant.

John M. Morris, III, Jefferson, City, for Respondent.

Before HARDWICK, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Michael Sisson appeals the denial of his Rule 24.035 motion without an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).